UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC JON TUELL, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-09-359 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO DENY PETITIONER'S
MOTION TO PROCEED *IN FORMA PAUPERIS***

On December 28, 2009, United States Magistrate Judge Brian L. Owsley signed a Memorandum

and Recommendation recommending that petitioner be found to be not indigent and that his

application to proceed *in forma pauperis* (D.E. 2) be denied.   The Magistrate Judge

recommended further that petitioner be instructed to pay the filing fee within twenty (20) days of

the date of entry of any order adopting the memorandum and recommendation, or voluntarily

dismiss the petition; and that petitioner be advised that failure to pay the filing fee within the

time period proscribed may result in dismissal of his petition for failure to prosecute.  Seeing no

objection to this recommendation by either party and having now reviewed the recommendation,

and noting that petitioner in fact paid the required filing fee on January 12, 2010, this Court

hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.

Accordingly, the Court finds that petitioner is not indigent and it is

ORDERED that petitioner's application to proceed *in forma pauperis* is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 14th day of January, 2010.

_____
Janis Graham Jack
United States District Judge